

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roy Edward Smith, Appellant

No. 06-13-00188-CR        v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR 13-067). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the amount of $400.00 in attorneys' fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Roy Edward Smith, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk